# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Efrain Rivera-Hernandez, et al.,<br><br>Plaintiff,<br><br>v.<br><br>La Cadena del Milagro, et al.,<br><br>Defendant. | Civil No. 16-1092 (SEC) |

## JUDGMENT

Pursuant to Plaintiffs' motion for voluntary dismissal, Judgment is hereby entered dismissing this case with prejudice, pursuant to the terms and conditions of the settlement agreement. See ECF No. 40.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 28th day of July, 2017.

*s/ Salvador E. Casellas*
SALVADOR E. CASELLAS
U.S. Senior District Judge